99 P.3d 614

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

State v. Lagmay .................................. 25715    10/08/2004    Affirmed
State v. Ching ................................... 25874    10/25/2004    Affirmed
Kennedy v. Ching ................................ 25481    10/29/2004    Vacated &
                                                                        remanded